# IN THE SUPREME COURT OF TEXAS

No. 15-0098

IN RE C.T. AND T.T., RELATORS

ON PETITION FOR WRIT OF MANDAMUS

**ORDERED:**

1. Relator's emergency motion for stay, filed June 16, 2015, is granted. The trial set for June 22, 2015 in Cause No. 13-21227-Z-256, styled *In the Interest of I.C., A Minor Child*, in the 302nd District Court of Dallas County, Texas, is stayed pending further order of this Court.

2. The real parties in interest are requested to respond to relator's petition for writ of mandamus on or before June 26, 2015.

3. The petition for writ of mandamus remains pending before this Court.

Done at the City of Austin, this June 19, 2015.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY CLAUDIA JENKS, CHIEF DEPUTY CLERK